Honorable Robert S. Lasnik

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED OF OMAHA LIFE INSURANCE COMPANY,<br><br>                           Plaintiff(s),<br>  v.<br><br>RICHARD MARKS, CHARLES JOHN, ALLAN WILLIAMS, and WILMINGTON TRUST, N.A.,<br><br>                          Defendant(s). | NO.  2:19-cv-01336-RSL<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

The parties, by and between the undersigned counsel, hereby stipulate and agree that all claims, counterclaims and cross-claims asserted, or which could have been asserted herein, have been fully, finally and forever resolved and settled satisfactorily and by and between them in this action and that the Complaint shall be dismissed with prejudice and without costs or attorneys' fees against any party.

DATED this 27th day of October, 2020.

PREG O'DONNELL & GILLETT PLLC

By /s/ Daniel W. Rankin
Eric P. Gillett, WSBA #23691
Daniel W. Rankin, WSBA #49673
Attorneys for Defendant Wilmington Trust, N.A.

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 1
10854-0002  Stipulation and Order of Dismisssal.docx
NO.  2:19-cv-01336-RSL

**PREG O'DONNELL & GILLETT PLLC**
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON  98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

and

By: /s/ Ira S. Lipsius
   Ira S. Lipsius, *to be submitted Pro hac vice*
Lipsius-BenHaim Law, LLP
80-02 Kew Gardens Road, Suite 1030
Kew Gardens, New York 11415
Phone: 212-981-8442
Firm Email:
 iral@lipsiuslaw.com

SMITH & ALLING, P.S.

By: /s/ C. Tyler Shillito
   C. Tyler Shillito, WSBA #36774
Attorney for Defendant Richard Marks

LAW OFFICE OF GREGORY P. CAVAGNARO

By: /s/ Gregory P. Cavagnaro
   Gregory P. Cavagnaro, WSBA #17644
Attorney for Defendant Charles John Allan Williams

PURSUANT TO STIPULATION ABOVE, IT IS **SO ORDERED**.

Dated this 28th day of October, 2020.

*[signature]*
ROBERT S. LASNIK
U.S. District Court Judge

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 2
10854-0002  Stipulation and Order of Dismisssal.docx
NO.  2:19-cv-01336-RSL

**PREG O'DONNELL & GILLETT** PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON  98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113